UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-00087 JVS (MLGx) | Date | February 1, 2012 |
| Title | Shoemaker v. GMAC Mortgage, LLC | | |

Present: The Honorable     James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers)    Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

       Complaint, filed

 X   Notice of Removal ("Notice") filed January 18, 2012

by GMAC Mortgage, LLC ("GMAC").

The initial pleading invokes jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Notice, ¶ 5.) Jurisdiction on this basis requires complete diversity.

The following party to the action is alleged to be a limited liability companies ("LLC"):

       GMAC Mortgage LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999). In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members. Presently, the Court cannot tell if jurisdiction has been properly invoked.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-00087 JVS (MLGx) | Date | February 1, 2012 |
| Title | Shoemaker v. GMAC Mortgage, LLC | | |

      For present purposes, it is insufficient to state that GMAC is an indirect subsidiary of Ally Financial Inc.  (Notice, ¶ 6(b)(2).)  The Court needs to understand the citizenship of the members at all intermediate levels.

      Accordingly, GMAC and Executive are ordered to file an amended initial pleading  within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.  If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

      **A failure to respond may result in remand of the case to the Superior Court of the State of California for lack of jurisdiction.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |