UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-00087 JVS (MLGx) | Date | April 19, 2012 |
| Title | Joyce Stephenson et al. V. GMAC Mortgage LLC, et al. | | |

Present: The Honorable   James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Dismissal for Lack of Prosecution

**On March 5, 2012, the Court granted defendants motion to dismiss without prejudice as to certain claims.   Plaintiff was granted 20 days to amend the complaint.    As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than May 4, 2012,  why this action should not be dismissed for lack of prosecution.**

                                                                                                      :     00

                                                        Initials of Preparer         kjt