JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce Stephenson Shomaker, et al, <br><br>      Plaintiff, <br><br>   v. <br><br> GMAC Mortgage, LLC, et al., <br><br>      Defendants. | SACV 12-00087-JVS(MLGx) <br><br> ORDER OF DISMISSAL FOR <br> LACK OF PROSECUTION |

   The Court having issued an Order to Show Cause on <u>  May 21, 2012  </u> as to why this action should not be dismissed for lack of prosecution, with a written response due on June 11, 2012 and a hearing set June 18, 2012.  No written response having been filed and no appearance having been made,

   IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: June 27, 2012

_____
James V. Selna
United States District Judge